FILED'10 MAY 4 8 33USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

SR. FREDERICK BUCKMAN, et al.

Plaintiffs,

v.

QUANTUM ENERGY PARTNERS, IV, LP, et al.

Defendants

Case No. 07-CV-1471-BR

ORDER OF DISMISSAL

The Court having been informed by counsel for the parties that this action has been settled,

IT IS ORDERED that, pursuant to LR 41-1, this action is dismissed with prejudice and without costs and with leave, upon good cause shown within sixty (60) days, to have this order of dismissal set aside and the action reinstated if the settlement is not consummated. Pending motions, if any, are denied as moot. All pretrial deadlines and any trial date are stricken.

Dated: May 4, 2010

MARY L. MORAN, Clerk of Court

by [signature]
Bonnie Boyer, Deputy Clerk

cc: Counsel